IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–01786–WYD–KMT

ROBERT C. CROUSE, an individual,

    Plaintiff,

v.

THE CITY OF COLORADO SPRINGS, a Colorado governmental entity,
THE CITY OF COLORADO SPRINGS POLICE DEPARTMENT, a local governmental entity,
PETER CARY, in his official capacity as the Chief of the Colorado Springs Police Department,
EL PASO COUNTY, a Colorado governmental entity,
DAN MAY, in his official capacity as the District Attorney for El Paso County,
NICK BAYNE in his official and individual capacity, and other
UNKNOWN MEMBERS OF THE COLORADO SPRINGS POLICE DEPARTMENT, in their official and individual capacities,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendants' "Motion for Protective Order from Discovery and to Vacate the Fed. R. Civ. P. 16(B) Scheduling Conference and Corresponding Deadlines" (Doc. No. 13, filed July 26, 2013) is DENIED without prejudice as moot. Defendants' Motion for Protective Order is premised entirely on the arguments raised in their Motions to Dismiss (Doc. Nos. 10-11), which have been denied as moot based on the filing of Plaintiff's First Amended Complaint (*see* Minute Order, Doc. No. 16).

Dated: August 5, 2013